IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AVILEZ-TRAMMELL,<br><br>    Petitioner,<br><br>  vs.<br><br>CLARK DUCART,<br><br>    Respondent. | No. C 14-2308 JSW (PR)<br><br>**ORDER OF TRANSFER** |

    Petitioner is a state prisoner currently incarcerated at Pelican Bay State Prison. He has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his conviction in Merced County Superior Court. A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *Id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

    Merced County lies within the venue of the Eastern District of California. *See* 28

U.S.C. § 84. Accordingly, this action is TRANSFERRED to the United States District Court for the Eastern District of California. Ruling on the pending application for leave to proceed in forma pauperis (docket number 2) is deferred to the Eastern District in light of this transfer. The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: June 17, 2014

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| ANTHONY AVILEZ TRAMMELL,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK DUCART et al,<br><br>    Defendant.<br>_____/ | Case Number: CV14-02308 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Avilez Trammell AH-4321
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: June 17, 2014

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk